Bankruptcy case #01-34385

**MOTION FOR VIOLATION OF DISCHARGE**

Kimberly Gomez

This bankruptcy was filed on September 28, 2001, there was a creditor by the name of Robert H. Anderson DDS that was entered into the bankruptcy who states that he was never notified and he does not show up on the discharge papers. He has taken $1,000.00 out of by checking account and has been trying to collect.

_____       9/18/02
Kimberly Gomez                        Date

0134385D14

```
FILED
UNITED STATES
BANKRUPTCY

2002 SEP 18  P 12: 02

DISTRICT OF

BY
       DEPUTY
```

## CERTIFICATE OF SERVICE

Kimberly Gomez
Bankruptcy case # 01-34385

I do hereby certify that I have mailed a true and correct copy of the Motion for Violation of Discharge to the following:

Dr. Robert H. Anderson
6040 S. Fashion Blvd.
Murray, Utah 84107

Kimberly Gomez (Bell)

9/15/02
Date